

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-321 |
| v. | * | SECTION: "N" |
| KENNETH RICHMOND | * | |
| | * * * | |

### GOVERNMENT'S MOTION AND ORDER TO ENLARGE PAGE LIMIT

**NOW INTO COURT** comes the United States of America through the undersigned Assistant United States Attorney, to move this Court for permission to enlarge the page limit beyond that required by Local Rule 7.8.1E of the United States District Court for the Eastern District of Louisiana for the following reasons:

Defendant Richmond filed a 42-page petition for habeas corpus relief alleging twelve issues for vacating his conviction. Because of the nature of the allegations, the length and complexity of the litigation and the fact that this Court did not preside over that litigation, the government in its response needs to include a detailed rendition of the procedural history and of the facts. In doing so the length of the memorandum exceeds by five pages the page limitation set by the rule.

DATE OF ENTRY
DEC 2 8 2004

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No._____

For this reason, the government requests leave of court to enlarge the page limit.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
HARRY W. MCSHERRY, JR. (9388)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Room B-210
New Orleans, Louisiana 70130
Tel: (504) 680-3012

CERTIFICATE OF SERVICE
I certify that a copy of the
foregoing has been served upon
counsel for all parties
by mailing the same to each,
properly addressed and postage
prepaid this _____ day of _____, 20___.

_____
Assistant United States Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 00-321 |
| v. | * | SECTION: "N" |
| KENNETH RICHMOND | * | |

\* \* \*

## ORDER

Considering the motion of the United States to enlarge the page limit of its memorandum and reasons for that request,

IT IS HEREBY ORDERED that the government may file its memorandum exceeding the pag-limit requirements.

New Orleans, Louisiana, this 27th day of December, 2004.

_____
UNITED STATES DISTRICT JUDGE