


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| v. | * | NO. 00-321 |
| KENNETH RICHMOND | * | SECTION: "EBC" N |
| * * * | | |

MOTION TO DEPOSIT SEIZED CURRENCY INTO
THE DEPOSIT FUND, AND APPLY
FUNDS TO DEFENDANTS OUTSTANDING RESTITUTION

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the United States of America, and moves for entry of an order authorizing the United States Postal Inspection Service to deposit $3,397.35, in currency seized from Kenneth Richmond into the Deposit Fund and directing the Clerk of Court to apply the $3,397.35 toward defendant's outstanding restitution.

1. The United States Postal Inspection Service currently has in its possession and control $3,397.35 in currency seized from the defendant.

2. On February 20, 2002, this court entered a Judgment and Probation/Commitment Order and Order Amending Judgment and Order of Probation on July 9, 2002, in favor of the United States and

DATE OF ENTRY
JAN 3 2005

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep____
___ Doc. No.____

against the defendant directing the defendant to pay restitution totaling $449,225.00.

WHEREFORE, the United States of America prays that this court enter an order authorizing the United States Postal Service to deposit the $3,397.35 in currency seized from Kenneth Richmond into the Deposit Fund and directing the Clerk of Court to apply the $3,397.35 toward defendant's outstanding restitution.

        Respectfully submitted,
        UNITED STATES ATTORNEY

        _____
        ENEID A. FRANCIS
        Assistant United States Attorney
        Hale Boggs Federal Building
        500 Poydras Street, Second Floor
        New Orleans, Louisiana 70130
        Telephone: (504) 680-3060

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| v. | * | NO. 00-321 |
| KENNETH RICHMOND | * | SECTION: "EBC" |

\* \* \*

**O R D E R**

Considering the foregoing motion;

IT IS HEREBY ORDERED that the United States Postal Inspector Service is authorized to deposit $3,397.35 currency seized from the defendant, Kenneth Richmond, into the Deposit Fund;

IT IS FURTHER ORDERED that the Clerk of Court apply the seized currency to the defendant's outstanding restitution.

New Orleans, Louisiana, this 29th day of December, 2004.

_____
UNITED STATES DISTRICT COURT