UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 00-321 |
| KENNETH RICHMOND | SECTION "N" |

## J U D G M E N T

For all the reasons set forth in the Court's Order and Reasons dated August 7, 2007; accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that petitioner Kenneth Richmond's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence is **DENIED**.

New Orleans, Louisiana, this ___7th___ day of August, 2007.

                                                                          _____
                                                                                   **KURT D. ENGELHARDT**
                                                                                   **United States District Judge**