UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 AUG 24  AM 8: 59

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL DOCKET |
| VERSUS | NUMBER: 00-321 |
| KENNETH RICHMOND | SECTION "N" |

### NOTICE OF APPEAL

NOTICE IS HEREBY given that KENNETH RICHMOND hereby appeals to the United States Court of Appeal for the Fifth Circuit from the final judgment imposed on him on August 7, 2007.

Respectfully submitted:

_Karla M Baker 25979_
MARTIN E. REGAN, JR.
(LSBA No. 11153)
2125 St. Charles Ave.
New Orleans, LA 70130
(504) 522-7260

### CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that I have, on this 23rd day of August, 2007, served a copy of the foregoing pleading on the Assistant United States Attorney, Harry W. McSherry, by placing same in the United States mail, properly addressed and first-class postage paid, or by hand.

_Karla M Baker 25979_
MARTIN E. REGAN, JR.

___ Fee *not paid*
___ Process
_X_ Dktd
___ CtRmDc
___ Doc. No.