UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
Eastern District of Louisiana

FILED    AUG 3 1 2007

LORETTA G. WHYTE
Clerk    wp

UNITED STATES OF AMERICA,            &
PLAINTIFF-APPELLEE,                  &
                                     &  Crim. Case. no., 00-321
                                        Section "N" (4)

KENNETH RICHMOND,                    &
PETITION APPELLANT                   &

## Notice Of Appeal

Notice is hereby given that Kenneth Richmond, Petition-Appellant hereby appeals to The United States Court of Appeal for the Fifth Circuit from one final judgment denying petitioner's 28 usc & 2255 entered for the record in the above action on August 7, 2007.

RESPECTFULLY SUBMITTED,

*Kenneth Richmond*

KENNETH RICHMOND
REG. NO. 81740-011
P.O. BOX 26020
BEAUMONT, TX  77720-6020

TENDERED FOR FILING

AUG 3 1 2007

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc No. _____

Certificate Of Service

I, Kenneth Richmond hereby, certify that a true and correct copy of the foregoing notice of Appeal has been mailed postage prepaid to:

U.S. Attorney; Office

500 Poydras Street 210B

New Orleans, LA. 70130

On this here day of Aug-28-07

*Kenneth Richmond*
Kenneth Richmond



Kenneth Redmond #81740-011
P.O. Box 26020 "Low"
Federal Correctional Institution
Beaumont, Tx 77720

CERTIFIED MAIL
7003 1010 0004 4026 0361
8-28-07

Clerk's Office
United States District Court
Eastern District of Louisiana
New Orleans, La 70130