



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 00-321 |
| Kenneth Richmond | SECTION "N" (4) |

### CERTIFICATE OF APPEALABILITY

A notice of appeal from a final order in a proceeding under Title 28 U.S.C. 2255 has been filed. Considering the record in the case and the requirement of Title 28 U.S.C. § 2253, the court hereby orders that:

☐ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____
_____
_____
_____

☑ a certificate of appealability shall not be issued for the following reason(s):
*As stated previously by the undersigned in the O+R dated August 7, 2007.*

Date: Sept. 14, 2007

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process____
_X_ Dktd____
___ CtRmDep__
___ Doc. No.__