U. S. DISTRICT COURT
Eastern District of Louisiana

FILED SEP 17 2007

LORETTA G. WHYTE
Clerk

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 14, 2007

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 07-30792 USA v. Richmond
      USDC No. 2:00-CR-321-3
             2:04-CV-2608

We received a notice of appeal filed on 8/31/07. We believe this is a duplicate of the notice filed on 8/24/07. We are not assigning a case number to this notice.

                  Sincerely,

                  CHARLES R. FULBRUGE III, Clerk

        By: _Dawn Shulin_
           Dawn Shulin, Deputy Clerk
           504-310-7658

cc:  Ms Karla M Baker
     Mr Martin E Regan Jr
     Mr Harry W McSherry
     Mr Kenneth Richmond

CLK-1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____