U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  NOV - 1 2007

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 07-30792

---

CR00-321-N

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

KENNETH RICHMOND

    Defendant - Appellant

United States Court of Appeals
Fifth Circuit

**FILED**
October 30, 2007

Charles R. Fulbruge III
Clerk

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of October 30, 2007, for want of prosecution. The appellant failed to timely pay docketing fee.

                      CHARLES R. FULBRUGE III
                      Clerk of the United States Court
                      of Appeals for the Fifth Circuit

                      By: /s/ Kim Folse
                      Kim Folse, Deputy Clerk

                ENTERED AT THE DIRECTION OF THE COURT

DIS-2

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

A true copy
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By: /s/
Deputy
New Orleans, Louisiana  10/30/07

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 30, 2007

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

No. 07-30792 USA v. Richmond
USDC No.  2:00-CR-321-3
         2:04-CV-2608

Enclosed is a certified copy of the judgment issued as the mandate.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Kim Folse, Deputy Clerk
504-310-7712

cc: w/encl:
    Ms Karla M Baker
    Mr Martin E Regan Jr
    Mr Harry W McSherry

MDT-1